UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| PLANTIFF | DEFENDANTS |
|---|---|
| Trudy Sawyer | Geico Insurance Company, et. Al |

CIVIL LAWSUIT COMPLAINT

Trudy Sawyer, plaintiff, had an insurance policy with Geico Insurance as of March 13, 2015 when bugs were discovered in her car, Mazda 2014. As plaintiff continued to drive home the next morning, March 14, 2015, she was being bitten constantly; on back of the neck, the arm, the eye and on the face. She unloaded the car after getting home and went to buy pest control products. While believing that this would solve the problem; the bugs had gotten in the appliances in the car, clothes and since those things were taken into the house, the bugs began to multiply. She kept going to buy products, washing clothes, eating out and buying medical products to heal the scars and bits; none of the products stopped the bugs. She had a friend to call Geico while she was on the phone, William Lehnert answered and said that she needed to go to the doctor and saved the doctor bills and that they would pay her from missing work. After 2 visits to emergency room and two visits to the clinic and over $7,000.00 spent for plastic bags, washing, gas, laundry products, hotel, medical aides; all bills going into bankruptcy, loss of apartment, loss friends, confinement, bugs in clothes, shoes, purses, coats, furniture, wearing plastic on head because bugs bit into scalp breaking the hair off, changing clothes on the porch to prevent more bugs from coming into the house, sleeping in the bathtub wrapped in plastic from head to toe to prevent from being bitten; being mocked by family and friends and Geico Insurance Representative, William Lehnert; being penniless and pleading with Geico to help they discriminated against me; they did not give me the service to prevent such a reckless state. I have asked Jeremy to help me find an exterminator in my area, he never did call back; when I found one it was about 800 miles away, he refused to help. All of the receipts that I was sending to Jeremy, he allowed for them to be removed from his emails instead of forwarding them to William; William would not give me his emails because he didn't want to help me; he proved it when he laughed and said that I had a bug infestation. This behavior continued for about six months.

  After contacting the Attorney General in St Louis Mo, I had no help; I waited month after month for a response; finally when I made a desperate call and asked Backus when was I going to get help, I received and email stating that I needed to pay an attorney for service and my

case was closed.  Afterwards, Geico gave back the $150.00 that I paid Americare to exterminate car but I never got not near the over $7,000.00, no back wages and no medical payments.

My life has been so wrecked, I can't tell you the miserable months I have had.  It gotten to the point where my son couldn't pay both insurance bills so we lost our insurance at Geico; I believe that this is why Geico kept stalling so that they didn't have to renew the insurance; they did increase the insurance rate while I was still a client of theirs.

Geico has tones of pictures that they ignored where I was bitten on the face and other areas.  I told them that I could not drive the car because the bugs would fly directly to my eyes and bite my eyes, ears and face and hang on my hair and bite my neck continuously.

*Trudy Sawyer*

12-24-2015

4800 Lamonte #1820
Houston TX 77092

314-333-9196
314-484-7860