Claim No. _04038047010130_          DATE _5-1-2015_

# HIPAA COMPLIANT AUTHORIZATION

List below the names and addresses of all persons (Doctors, Dentists, Hospitals, Nurses, Funeral Directors, etc.) who rendered, or who are rendering services in connection with injuries sustained in this accident.

NAME AND ADDRESS

_Hope Clinic 1453 Hope Way Murfreesboro Tn 37129_
_St Thomas Hospital 1700 Medical Center Parkway_
_Murfreesboro TN 37129_

To Whom It May Concern:

For purposes of evaluating a claim made by me, or on my behalf, and/or for preparing for, conducting, and/or participating in any mediation, arbitration, hearing, trial, or other proceeding associated with my claim, you are hereby authorized to furnish to Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, or any of its representatives (individually and collectively referred to as "GEICO") any and all medical information which may be requested concerning my physical and/or mental condition and treatment (excluding "psychotherapy notes" as defined in 45 CFR 164.501) to include, diagnosis, prognosis, and any and all records, files, or other documentation concerning the treatment, prescription, consultation or other advisory visits or events (collectively referred to as the "Records") that pertain to:

- _Trudy Sawyer_
  *[PATIENT: PRINT YOUR NAME ABOVE]*
- DOB: _6-16-1960_
  *[PATIENT: WRITE YOUR BIRTH DATE ABOVE]*
- SSN: _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_
  *[PATIENT: WRITE YOUR SOCIAL SECURITY NUMBER ABOVE]*

- The Records shall specifically include, but shall not be limited to, such condition and treatment as may pertain to the automobile accident/loss/claim of *[PATIENT: INDICATE THE DATE OF THE AUTOMOBILE ACCIDENT/LOSS/CLAIM IN THE FOLLOWING SPACE]* _3-12_, 20_15_.

The information covered by this HIPAA Compliant Authorization includes, but is not limited to, reports, records, test results, X-rays, and any other diagnostic testing, whether in your possession or available to you. I understand that the information in the Records may include information relating to sexually transmitted disease, Acquired Immunodeficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV) and other communicable diseases, behavioral health care/psychiatric care (excluding "psychotherapy notes" as defined in 45 CFR 164.501), and treatment for alcohol and/or drug abuse, and/or substance abuse. Copies of this Authorization shall be considered as valid as the original. This information is being requested for the purpose of evaluating a claim made by me, or on my behalf, and/or for preparing for, conducting, and/or participating in any mediation, arbitration, hearing, trial, or other proceeding associated with my claim. This Authorization shall be valid for the duration of the claim. This is not a release of claims for damages. I further understand that I am entitled to a copy of this Authorization and acknowledge receipt by signing below. I acknowledge that the information disclosed pursuant to this Authorization may be re-disclosed by GEICO pursuant to applicable law and may no longer be protected by the Health Insurance Portability and Accountability Act (HIPAA). I also authorize

C-256 (10-13) NS

**Claim No.** _____        **DATE** _____5-1-2015_____

GEICO to further re-disclose the records received pursuant to this authorization, including, but not limited to, information relating to sexually transmitted disease, Acquired Immunodeficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV) and other communicable diseases, behavioral health care/psychiatric care (excluding "psychotherapy notes" as defined in 45 CFR 164.501), and treatment for alcohol and/or drug abuse, and/or substance abuse, as may be necessary for the purpose of evaluating a claim made by me, or on my behalf, and/or for preparing for, conducting, and/or participating in any mediation, arbitration, hearing, trial, or other proceeding associated with my claim. This HIPAA Compliant Authorization shall also allow GEICO's representatives, agents, consultants, or health care professionals, or any physicians appointed by it, to examine the records produced concerning said condition or treatment.

**Revocation Section**: I acknowledge that I have the right to revoke this Authorization at any time. A revocation of this Authorization must be in writing and sent via regular U.S. mail, postage prepaid, to the Company Representative who requested this authorization and to the medical provider. The revocation of this Authorization will be effective upon receipt and will be prospective only.

I acknowledge that I am aware that the consequences of my not signing this Authorization can include a delay in the processing/resolution of the claim, a potential denial of the claim, or other consequences recognized by applicable state law and/or the insurance policy at issue.

_Trudy Sawyer_                        _Trudy Sawyer_
**[SIGNATURE OF PATIENT]**              **[PRINT NAME OF PATIENT]**

_5-1-2015_
**[DATE]**

*Personal Representative's Section: A personal representative executing this form on behalf of the patient warrants that he or she has authority to sign this form on the basis of*:

_____.

_____        _____
**(SIGNATURE: PERSONAL REPRESENTATIVE)**        **(PRINT NAME OF PERSONAL REPRESENTATIVE)**

_____
**(DATE)**

C-256 (10-13) NS

# GOVERNMENT EMPLOYEES INSURANCE COMPANIES
## ATTENDING PHYSICIAN'S REPORT

| Date 5-1-2015 | Our Policyholder Trudy Sawyer | Date of Accident 3-12-2015 | Claim No. 0403804370 / 0130 |
|---|---|---|---|

To assist us in determining what may be due the Applicant, the Attending Physician should complete this report and return it directly to:

GOVERNMENT EMPLOYEES INSURANCE COMPANIES
CLAIMS DEPARTMENT
ONE GEICO CENTER
MACON, GA 31296

*TN*

1. Patient's Name and Address: Trudy Sawyer 2426 East Main St. K-12, Murfreesboro

2. Age: 54    3. Sex: F    4. Occupation: Accounting Clerk 37127

5. History of occurrence, as described by Patient:

6. Diagnosis and Concurrent Conditions:

7. Date symptoms first appeared: 3-12-2015    8. Date when Patient first consulted you for this condition: 3-24-2015

9. Has Patient ever had same or similar condition? ☐ YES ☑ NO If yes, state when and describe:

10. Is condition solely a result of this accident? ☑ YES ☐ NO If no, explain:

11. Is condition due to injury or sickness arising out of Patient's employment? ☑ YES ☐ NO If yes, explain:

12. Will injury result in permanent disfigurement or disability? ☐ YES ☑ NO If yes, describe:

13. Was Patient hospitalized as a result of this injury? ☐ YES ☑ NO If yes, where:

14. Was Patient unable to work? ☑ YES ☐ NO If yes, FROM: 3-12-15 THROUGH: 5-1-2015

15. If still disabled, date Patient should be able to return to work As soon as bugs are removed

16. Report of Services: from vehicle. Can not work with bugs biting and in clothes

| Date of Service | Place of Service | Description of Surgical or Medical Service | Charges Can not get in Car. |
|---|---|---|---|
| 4-7-2015 | | | $ |
| 3-24-2015 | | | $ |
| | | | $ |

**TOTAL CHARGES TO DATE  $**

17. Is this Patient still under your care for this condition? ☐ YES ☑ NO    Estimated Future Charges: $

18. Is any part of your bill covered by MEDICARE or MEDICAID? ☐ YES ☑ NO

| Date | Physician's Name (print) | Physician's Signature | IRS/TIN Identification No. |
|---|---|---|---|

| Number | Street | City or Town | State | Zip Code |
|---|---|---|---|---|

C-257 RR (04-09) NS

# GOVERNMENT EMPLOYEES INSURANCE COMPANIES
## STATEMENT OF CLAIM UNDER MEDICAL PAYMENTS COVERAGE

Company: _Northwest Credit_     Claim No.: _04038 043 7010130_

Date and Time of Accident: _3-12-2015_

Policyholder's Name: _Trudy Sawyer_     Policy No.: _4207 336787_

Name of Injured Party: _Trudy Sawyer_     Date of Birth: _6-16-1960_

Address: _2426 East Main St #K-12_ City: _Murfreesboro_ State: _TN_ Zip: _37127_

Social Security No.: _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_ E-Mail: _Sawyertann_ Occupation: _Account Clerk_

Employer's Name and Address: _2426 E Main St K-12 @yahoo.com_
_Murfrees     TN 37127_

Person Injured Was: (Check One)   ☐ Pedestrian   ☑ Occupant of Vehicle
☐ Occupant of a vehicle other than the policyholder's

IF A PEDESTRIAN:   State relationship of injured person to policyholder: _____

Seat Belts Installed?   ☑ Yes   ☐ No    In Use?   ☑ Yes   ☐ No

IF OCCUPANT OF A VEHICLE OTHER THAN POLICYHOLDER'S: State fully the reason why the injured person was in the vehicle. Please provide the name and address of the owner of the vehicle, the name and address of the owner's insurance company and the owner's policy/file number:

_____

_____

Describe fully the extent of injuries sustained: _Bugs got into my hat while I was at_
_a Love's Truck Stop in Little Rock Ark. I killed a bug_
_at first, then I grandu feel bding constantly on my neck, wrist,_
_face, I was resting there in the car while heavy training_

Have you made a claim, agreed to a settlement, signed a release or obtained a judgment against anyone who may be legally liable for the damages from such injuries? _No_ (If yes, please furnish full details below and on the reverse side, if necessary.)

Are any of the expenses claimed herein covered by Blue Cross or any other Group plan, Government policy or plan (e.g. Medicare or Medicaid), or any other insurance policy? _____ (If yes give details and advise below if you have collected or are making claim for any of these expenses.) _Only the Hope Clinic expenses are covered except_
_the $30.00 pre pays._

Signature _Trudy Sawyer_     Date _5-1-2015_

**Important - To be eligible for benefits:**
1. Complete and sign this application.
2. Sign the attached authorization.
3. Return promptly with any medical bills you have received to date.

C-34  (08-11) NS

| Sender | Subject | Date |
|---|---|---|
| sawyertann@yahoo.com | Trudy | Wed, 5/20/15 |
| consumer.help@ago.mo.gov | Trudy Sawyer | Tue, 5/19/15 |
| jswoish@geico.com | TRUDY sawyer | Sun, 5/17/15 |
| consumer.help@ago.mo.gov | TRUDY sawyer | Sun, 5/17/15 |
| consumer.help@ago.mo.gov | Trudy SAWYER | Sat, 5/16/15 |
| consumer.help@ago.mo.gov | Trudy Sawyer | Fri, 5/15/15 |
| consumer.help@ago.mo.gov | Trudy SaWyer | Fri, 5/15/15 |
| consumer.help@ago.mo.gov | Trudy Sawyer vs  GEICO INSURANCE | Fri, 5/15/15 |
| consumer.help@ago.mo.gov | Trudy SAWYER 314339196 | Fri, 5/15/15 |
|  | [ No Subject ] | Fri, 5/15/15 |
|  | Trudy | Fri, 5/15/15 |
| Trudy Sawyer | Re Trudy | Fri, 5/15/15 |
|  |  | Fri, 5/15/15 |
| Swoish, Jason | RE Trudy Sawyer | Fri, 5/15/15 |
| jswoish@geico.com | Trudy Sawyer | Thu, 5/14/15 |
| jswoish@geico.com | Trudy Sawyer | Thu, 5/14/15 |
| jswoish@geico.com | [ No Subject ] | Tue, 5/12/15 |
| jswoish@geico.com | Please forward to William | Tue, 5/12/15 |

<< < 16 > >>



| Sender | Subject | Date |
|---|---|---|
| sawyertann@yahoo.com | Solution Focused | Sun, 6/14/15 |
| sawyertann@yahoo.com | Powerpoint | Sat, 6/13/15 |
|  |  | Sat, 6/13/15 |
|  | Trudyyyyyyyyyyyyyyyyyyyy | Sat, 6/13/15 |
| sawyertann@yahoo.com | [ No Subject ] | Fri, 6/12/15 |
| sawyertann@yahoo.com | [ No Subject ] | Fri, 6/12/15 |
|  |  | Thu, 6/11/15 |
| ablackwell@geico.com | Trudy SAWYER | Thu, 6/11/15 |
| ablackwell@geico.com | TRUDY Sawyer | Thu, 6/11/15 |
| ablackwell@geico.com | Trudy Sawyer | Thu, 6/11/15 |
| ablackwell@geico.com | Trudy Sawyer | Thu, 6/11/15 |
| ablackwell@geico.com | 04038043701010130 Trudy Sawyer | Thu, 6/11/15 |
| consumer.help@ago.mo.gov | Trudy Sawyer vs Geico Insurance | Wed, 6/10/15 |
|  | School | Wed, 6/3/15 |
| sawyertann@yahoo.com |  | Tue, 6/2/15 |
| jswoish@geico.com | Fwd: TRUDY sawyer | Mon, 6/1/15 |
|  |  | Sat, 5/30/15 |

IMPORTANT SAFE
•Prevnar 13® should not b
history of severe allergic
component of Prevnar 1:
toxoid-containing vaccin
•Children with weakened
HIV infection, leukemia)
immune response
•A temporary pause of th
vaccination has been ob
born prematurely
•The most commonly rep
events in infants and too



AT&T
Sponsored

| | | | |
|---|---|---|---|
| [Empty] | | | |
| [Empty] | | | |
| | | | |
| [Edit] | | | |
| | Limited Time - $100 Reward Card | High Speed Internet $30/mo for 12 mos. w/ 1-yr term. PLUS get a $100 Reward | Wed, 4/29/15 |
| | [No Subject] | | Wed, 4/29/15 |
| | [No Subject] | | Wed, 4/29/15 |
| | [No Subject] | | Tue, 4/28/15 |
| | cristin badolato@insurance mo g | Trudy Sawyer | Tue, 4/28/15 |
| | cristin badolato@insurance mo g | Trudy sawyer | Tue, 4/28/15 |
| | | | Tue, 4/28/15 |
| | cristin badolato@insurance mo g | [No Subject ] | Sun, 4/26/15 |
| | cristin badolato@insurance mo g | Trudy Sawyer | Thu, 4/23/15 |
| | cristin badolato@insurance mo g | [ No Subject ] | Thu, 4/23/15 |
| | cristin badolato@insurance mo g | [ No Subject ] | Wed, 4/22/15 |
| | Cristin Badolato@insurance mo | Fw | Wed, 4/22/15 |
| | Cristin Badolato@insurance mo | Fw | Tue, 4/21/15 |
| | Cristin Badolato@insurance mo | Fw | Tue, 4/21/15 |
| | Cristin Badolato@insurance mo | Fw. | Tue, 4/21/15 |
| | Cristin Badolato@insurance mo | Fwd 04038043701010130 Trudy sawyer | Tue, 4/21/15 |

Your





Everything you have ever wanted to know about mesothelioma lawsuit. All on Yahoo

sawyertani@yahoo.com

consumer.help@ago.mo.gov          Trudy

consumer.help@ago.mo.gov          Trudy Sawyer

jswoish@geico.com                 TRUDY sawyer

consumer.help@ago.mo.gov          TRUDY sawyer

consumer.help@ago.mo.gov          Trudy SAWYER

consumer.help@ago.mo.gov          Trudy Sawyer

consumer.help@ago.mo.gov          Trudy SAWYER

consumer.help@ago.mo.gov          Trudy Sawyer vs GEICO INSURANCE

consumer.help@ago.mo.gov          Trudy SAWYER 3143339195

[ No Subject ]

| | | | | |
|---|---|---|---|---|
| ☐ | cristin.badolato@insurance.mo g | [ No Subject ] | | Sun, 4/26/15 |
| ☐ | cristin.badolato@insurance.mo g | Trudy Sawyer | | Thu, 4/23/15 |
| ☐ | cristin.badolato@insurance.mo g | [ No Subject ] | | Thu, 4/23/15 |
| ☐ | cristin.badolato@insurance.mo g | [ No Subject ] | | Wed, 4/22/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Wed, 4/22/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fwd 04038043701001030 Trudy sawyer | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw Forward to William Lehnert | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw Trudy Sawyer | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw Automatic reply Forward to William Lehnert | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw TRUDY SAWYER | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Fw 04038043701001030 Trudy sawyer | | Tue, 4/21/15 |
| ☐ | Cristin.Badolato@insurance.mo | Re Trudy Sawyer/Claim Number 04038043701001030 | | Tue, 4/21/15 |

<< < 19 > >>



<< < 21 > >>

**Macys.com**
Sponsored

**Macy's Coat Sale Happening Now.**
Macy's currently has hundreds of coats and jackets on sale for the entire family

| | | |
|---|---|---|
| jswolsh@geico.com | [ No Subject ] | Fri, 4/10/15 |
| jswolsh@geico.com | [ No Subject ] | Fri, 4/10/15 |
| jswolsh@geico.com | Forward to William Lehnert | Fri, 4/10/15 |
| coxts@mobap.edu | DROP CLASS | Thu, 4/9/15 |
| | | Wed, 4/8/15 |
| | | Wed, 4/8/15 |
| | | Wed, 4/8/15 |
| do_not_reply@geico.com | Re: GEICO claim Letter | Tue, 4/7/15 |
| | Fwd 04038043701010 1030 Trudy sawyer | Sun, 4/5/15 |
| jswolsh@geico.com | [ No Subject ] | Sat, 4/4/15 |
| jswolsh@geico.com | [ No Subject ] | Sat, 4/4/15 |
| jswolsh@geico.com | [ No Subject ] | Sat, 4/4/15 |
| jswolsh@geico.com | | Sat, 4/4/15 |

HP - See What's Hot ▾   Why Don't We Listen Better   Cashier in US-TX-Houston...   Power for Life Keys to a L...

| | | | |
|---|---|---|---|
| do_not_reply@geico.com | | | Wed, 4/8/15 |
| | Re: GEICO claim Letter | | Tue, 4/7/15 |
| jswoish@geico.com | Fwd: 0403804370101030 Trudy sawyer | | Sun, 4/5/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | [ No Subject ] | | Sat, 4/4/15 |
| jswoish@geico.com | Trudy Sawyer | | Sat, 4/4/15 |
| jswoish@geico.com | TRUDY SAWYER | | Sat, 4/4/15 |
| swoish@geico.com | [ No Subject ] | | Fri, 4/3/15 |
| sawyerann@yahoo.com | 0403804370101030 Trudy sawyer | | Thu, 4/2/15 |



Trudy    Account Info ⌄    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ⌄    Apply

Inbox (24681)

Drafts (75)

Sent

Spam (567)

Trash

My Folders

Sponsored

LendingTree
Texas Refinance Rates Take
Huge Dip– 2.97% APR

Yahoo Se...    Mesothelioma Lawsuit - Wha...
Sponsored    Everything you have ever

**Fw: Automatic reply: Forward
to William Lehnert**

From:    "Trudy Sawyer" <sawyertann@yahoo.com>

To:    Cristin.Badolato@insurance.mo.gov

--- On Fri, 4/10/15, Swoish, Jason <JSwoish@geico.com> wrote:

> From: Swoish, Jason <JSwoish@geico.com>
> Subject: Automatic reply: Forward to William Lehnert
> To: "sawyertann@yahoo.com" <sawyertann@yahoo.com>
> Date: Friday, April 10, 2015, 1:52 AM
> #yiv7776997322
> #yiv7776997322 --
>
> _filtered #yiv7776997322 {font-family:Calibri;panose-1:2 15
> 5 2 2 2 4 3 2 4;}
> _filtered #yiv7776997322 {font-family:Tahoma;panose-1:2 11
> 6 4 3 5 4 4 2 4;}
> #yiv7776997322
> #yiv7776997322 p.yiv7776997322MsoNormal, #yiv7776997322
> li.yiv7776997322MsoNormal, #yiv7776997322
> div.yiv7776997322MsoNormal
>    {margin:0in;margin-bottom:.0001pt;font-size:11.0pt;}
> #yiv7776997322 a:link, #yiv7776997322
> span.yiv7776997322MsoHyperlink
>    {color:blue;text-decoration:underline;}
> #yiv7776997322 a:visited, #yiv7776997322
> span.yiv7776997322MsoHyperlinkFollowed
>    {color:purple;text-decoration:underline;}
> #yiv7776997322 span.yiv7776997322EmailStyle17
>    {}
> #yiv7776997322 .yiv7776997322MsoChpDefault
>    {}
> _filtered #yiv7776997322 {margin:1.0in 1.0in 1.0in 1.0in;}
> #yiv7776997322 div.yiv7776997322WordSection1
>    {}
> #yiv7776997322
>
> I will be out of the Office during
> the week of April 6th, returning on April 13th. if you need
> immediate assistance please contact Michael
> Hart (615) 714-3681.
>
> Thank you,
> Jason Swoish
> Nashville Field
> Supervisor
>
>

Actions    ⌄    Apply



Trudy    Account Info ⌄    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ⌄    Apply

**Inbox (24681)**

Drafts (75)

Sent

**Spam (567)**

Trash

**My Folders**

Sponsored

Celebrity Dish
Cher Fans in Mourning

Yahoo Se...    **Mesothelioma Lawsuit - Wha...**
Sponsored    Everything you have ever

**Re: Trudy Sawyer/Claim Num
ber 0403804370101030**

From:    "Trudy Sawyer" <sawyertann@yahoo.com>

To:    Cristin.Badolato@insurance.mo.gov

This is a copy of Jasons's email.
----------------------------------------------
On Thu, 4/16/15, Trudy Sawyer <sawyertann@yahoo.com> wrote:

Subject: Trudy Sawyer/Claim Number 0403804370101030
To: jswoish@geico.com
Date: Thursday, April 16, 2015, 4:44 PM

Attached is a copy of medical bills
owed to St Thomas and a $30.00 for Hope Clinic I paid out of
pocket. Please send this to Mr. Lehnert, I don't have
his email address. In addition, more bills that were
accumulated from the extermination of car.

Actions    ⌄    Apply

Trudy    Account Info ∨    Sign Out    Home

Contacts    Notepad    Calendar

Actions  ∨  Apply

Inbox (24681)

Drafts (75)

Sent

Spam (567)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Insane Navy Seal Flashlight
Selling Out Fast!

Yahoo Se...    **Mesothelioma Lawsuit - Wha...**
Sponsored      Everything you have ever

**Fw: TRUDY SAWYER**

From:   "Trudy Sawyer" <sawyertann@yahoo.com>

To:     Cristin.Badolato@insurance.mo.gov



--- On Fri, 4/3/15, sawyertann@yahoo.com <sawyertann@yahoo.com> wrote:

> From: sawyertann@yahoo.com <sawyertann@yahoo.com>
> Subject: TRUDY SAWYER
> To: jswoish@geico.com, jswoish@geico.com
> Date: Friday, April 3, 2015, 1:29 PM
>
> This where the bugs bit me on my face. See the dark spot.
> Call me.
> Sent from my Boost Mobile Phone.

Actions  ∨  Apply

Trudy    Account Info ▾ ☐    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ▾   Apply

**Inbox (24680)**

**Ashford U...**    **Enroll in Online Grad Progra...**
Sponsored    Earn your graduate degree

Drafts (75)

**Please forward to William.**

Sent

From:    "sawyertann@yahoo.com" <sawyertann@yahoo.com>

**Spam (565)**

To:    jswoish@geico.com

Trash

**My Folders**

I paid Americare 150'00 for extermination but the bugs bit me about hour on
my way out of town. Not in Missouri. Here is my new address. Forward all mail
here. 4800 lamonte houston texas apartment 1820 zip 77092

Sponsored

Sent from my Boost Mobile Phone.

**IKEA**
Enjoy a delicious tradition!

Actions    ▾   Apply

Trudy    Account Info ∨    Sign Out    Home

Contacts    Notepad    Calendar

Actions  ∨  Apply

**Inbox (24680)**

**AT&T**    **Limited Time - $100 Reward...**
Sponsored    High Speed Internet $30/mo. for

Drafts (75)

Sent

**RE: Trudy Sawyer**

**Spam (565)**

From:   "sawyertann@yahoo.com" <sawyertann@yahoo.com>

Trash

To:   "Swoish   Jason" <JSwoish@geico.com>

**My Folders**

I will tell them to send it I sent it to you ,, I bagged everything can't locAte
receipt. CANT FIND IT IN THE PHONE

Sponsored

Brainlet
12 Things to Do Before You
Graduate College

Sent from my Boost Mobile Phone.

"Swoish, Jason" <JSwoish@geico.com> wrote:

Mrs. Sawyer

Please send me invoice for the Extermination

-----Original Message-----
From: sawyertann@yahoo.com [mailto:sawyertann@yahoo.com]
Sent: Thursday, May 14, 2015 5:07 PM
To: Swoish, Jason
Subject: Trudy Sawyer

Sent from my Boost Mobile Phone.
=====================
This email/fax message is for the sole use of the intended
recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution of this
email/fax is prohibited. If you are not the intended recipient, please
destroy all paper and electronic copies of the original message.

Actions  ∨  Apply



Trudy     Account Info ∨     Sign Out     Home

Contacts    Notepad    Calendar

Actions     ∨   Apply

Inbox (24680)

Drafts (75)

Sent

Spam (565)

Trash

My Folders

Sponsored

Heart of Cars
Watch Out! This Truck Driver
Unloads Like A Boss!

TurboYou...    Do Not Buy A New Compute...
Sponsored     People amazed at the real

**Trudy SAWYER 3143339196**

From:   "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To:   consumer.help@ago.mo.gov

Here are some pictures pertaining to my case with Geico.
Sent from my Boost Mobile Phone.

Actions     ∨   Apply



Trudy    Account Info    Sign Out    Home

Contacts    Notepad    Calendar

Actions    Apply

Inbox (24680)

Drafts (75)

Sent

Spam (565)

Trash

My Folders

Sponsored

Citi          Luke Bryan Talks Exclusivel...
Sponsored     Go backstage with Luke Bryan to

**Trudy SAWYER**

From: "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To: consumer.help@ago.mo.gov

I paid for professionAl exterminAtion on May 7 I told the company that bugs bit me within thirty minutes in the car I left car closed for a day. As you can see I am still washing. Buying pest control. Bags detergent everyday. Hindered me. Sent from my Boost Mobile Phone.

Heart of Cars
Watch Out! This Truck Driver
Unloads Like A Boss!

YAHOO!

...TO-ORGANIZE WITH
...NEW YAHOO MAIL.

Learn more

Case 4:15-cv-03737   Document 1-1   Filed in TXSD on 12/28/15   Page 21 of 55



To help protect the security of information you enter into this
website, the publisher of this content does not allow it to be
displayed in a frame.

Trudy      Account Info ∨      Sign Out    Home

Contacts    Notepad    Calendar

Actions  ∨  Apply

Inbox (24681)

Drafts (75)

Sent

Spam (564)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

Ashford U...        Become a Student at an Acc...
Sponsored          Take all your classes online and

**Fwd: TRUDY sawyer**

From:  "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To:  jswoish@geico.com

My new address is 4800 laminate  houston txt,77092 -i have not 'received
reimbursement for time lost for bugs biting me. I have not heard from this
company. Because my car was not exterminate d effectively, bugs  Are still in
my car.

Sent from my Boost Mobile Phone.

-------- Original Message --------
Subject: TRUDY sawyer
From: sawyertann@yahoo.com
To: jswoish@geico.com
CC:

You need these.

Sent from my Boost Mobile Phone.



DIRECTV.
Now part of the AT&T family

Holiday
SPECIAL

LIMITED TIME!

Actions  ∨  Apply

May 4
to jswoish.com
    4:30pm
    4:28p



Trudy   Account Info ∨   Sign Out   Home

Contacts   Notepad   Calendar

Actions ∨ Apply

**Inbox (24681)**

Drafts (75)

Sent

**Spam (564)**

Trash

**My Folders**

Sponsored

Heart of Cars
Watch Out! This Truck Driver
Unloads Like A Boss!

ASPCA        60¢ a Day Can Save Lives
Sponsored    Make a tax-deductible gift to

**Re: Receipt**

From:   "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To:   ablackwell@geico.com

Trudy Sawyer. This went into Jason Swoish emails over a month ago.
Sent from my Kyocera Hydro

Christie Perry <cperry@americareservices.com> wrote:

Batch Number: 9823
Bill-To Account: 181828  (SAWYER, TRUDY)
Payment Date: 05/12/2015
Amount: 150.00
Reference: CASH
Method of Payment: CA
GL Code:
Program:
Service Setup:
Service:
Invoices That This Payment Was Applied To

Invoice # Order # Invoice Date Invoice Total Balance Application Date Applied
Amount Discount  Adjust.
512814 726672 05/07/2015 150.00 0.00 05/12/2015 150.00 0.00
[UnapplyUnapply]

**Christie C. Perry**
**Accounting Department**

Phone#: 615-893-7111 Ext# 115
Toll Free#: 1-877-506-3029
Fax#: 615-896-2688

Batch Number: 9823
Bill-To Account: 181828  (SAWYER, TRUDY)
Payment Date: 05/12/2015
Amount: 150.00
Reference: CASH
Method of Payment: CA
GL Code:
Program:
Service Setup:
Service:
Invoices That This Payment Was Applied To

Invoice # Order # Invoice Date Invoice Total Balance Application Date Applied
Amount Discount  Adjust.
512814 726672 05/07/2015 150.00 0.00 05/12/2015 150.00 0.00
[UnapplyUnapply]

Christie C. Perry
Accounting Department
CPerry@AmeriCareServices.com
Ameri Care Services, Inc.

Trudy  Account Info ⌄ ☐  Sign Out  Home

Contacts  Notepad  Calendar

Actions  ⌄  Apply

Inbox (24681)

Drafts (75)

Sent

Spam (564)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

TurboYou...  **Do Not Buy A New Compute...**
Sponsored  People amazed at the real

**Case Number TC2015-05-001
643**

From:  "Trudy Sawyer" <sawyertann@yahoo.com>

To:  consumer.help@ago.mo.gov

This message is for My case worker.

Hello this is Trudy Sawyer, this case is regarding Geico Insurance.

William Lehnert called me a week ago and complained that I had not sent him
medical bills, I sent the medical bills to Jason Swoish as soon as I received
them; I sent them through his email because William would not provide his
email. I asked Mr. Swoish to forward them to William for this reason. Also, Mr.
William had permission from the medical companies to get the bills. HE
complained that I would not cooperate but he was playing games with me; he
purposely would not give me his email because so that he could say that I
wasn't cooperating. Why wouldn't I cooperate. I am still buying pest control.
Everywhere I go, bugs get on other people; this is not right. I have been so
ashamed and humiliated. I am still a student. I had trouble in school with bugs
biting on me as I tried to focus.

Moreover, I paid Americare Pest Control $150.00 to exterminate my car on
May 7, 2015, and on May 10, 2015, I had to get a hotel when I left town
because the bugs were biting me so bad. The bugs are now in my new place.
I could not stay in my old place because I spent all of my money that I had left
to keep the bugs off of ME. I HAD GOTTEN A CONTRACT FROM AN
AGENCY TO PAY SIX MONTHS RENT BECAUSE I WAS OFF FROM WORK,
THE APARTMENT WOULDN'T TAKE IT BECAUSE I HAD BUGS IN THEIR
HOUSE AS THEY EXTERMINATED TO ELIMINATE THIS, THEY SAID, I
GOT TO GET THOSE BUGS OUT OF MY CAR; SINCE IT TOOK SO LONG
TO FIND A COMPANY, THEY WOULDNT LET ME STAY IN THE
APARTMENT. I had to eat out everyday because there were bugs in the
house and the car. THE BUGS IN THE CAR WHERE HANGING ONTO MY
EYELIDS AND BIT IN MY EYE; THAT IS DANGEROUS WHILE DRIVING.

ALL OF MY BILLS ARE OVERDUE. ALL OF MY CREDIT IS DESTROYED. I
HAVE NO MORE MONEY. CANT GO TO WORK UNTIL BUGS ARE OUT OF
MY CAR.

I WOULD LIKE FOR THE INSURANCE COMPANT TO PICK UP MY CAR
AND EXTERMINATE IT AND GIVE ME A RENTAL CAR UNTIL THE BUGS
ARE COMPLETELY OUT; ALSO, THEY NEED TO PAY ME FOR BACK
WAGES. PLEASE CONTACT ME. 314-333-9196

THEY ALREADY INCREASED MY PREMIUM; I THINK THEY ARE WAITING
TO DROP MY INSURANCE; THEY ARE WAITING FOR ME TO BE LATE.

THEY SAID THEY SENT A CHECK FOR PEST CONTROL EARLY IN MAY, I
HAVE NOT SEEN IT. THANK YOU.

Actions  ⌄  Apply

Case 4:15-cv-03737   Document 1-1   Filed in TXSD on 12/28/15   Page 25 of 55

Phone#: 615-893-7111 Ext# 115
Toll Free#: 1-877-506-3029
Fax#: 615-896-2688
www.AmeriCareServices.com<http://www.americareservices.com/>

[cid:image001.png@01D0AAB4.39D61130]

Actions        ✓  Apply



**GEICO General Insurance Company**

One GEICO Center
Macon, GA 31294-9709

6/26/2015

Ms. Trudy Sawyer
2426 E Main St APT K12
Murfreesboro, TN 37127-5839

Company Name:     Geico General Insurance Company
Claim Number:       040380437-0101-030
Loss Date:              Thursday, March 12, 2015
Policyholder:          Trudy Sawyer

Dear Ms. Sawyer,

If you are still interested in pursuing the claim referenced above, please contact us immediately.

We are going to hold the file open for an additional 15 days from the date of this letter.  If we don't hear from you, we will then close the file.

You can call me at the number below.

Sincerely,

William Lehnert Ii, Examiner Code F1LA
832-772-0486
Claims Department

EC0009 (1/2001)



Trudy | Account Info ∨ | Sign Out | Home

Contacts    Notepad    Calendar

Actions ∨    Apply

Inbox (24681)

Drafts (75)

Sent

Spam (564)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

TurboYou...    Do Not Buy A New Compute...
Sponsored    People amazed at the real

**Trudy Sawyer, TC2015-05-001**
**643/ GEICO claim Letter**

From:  "Trudy Sawyer" <sawyertann@yahoo.com>

To:  consumer.help@ago.mo.gov

1 Files    57KB

Hello, I am Trudy Sawyer, I am sending you this letter or my file. Geico has been playing around with this case hoping that my insurance get cancelled; I don't have money to pay my premium anymore; my son has been paying both of our bills. I have lost my clients and can not work Temporary because bugs are in my clothes, my hair and car; I have not been able to keep them out. All of my clothes are affected from being in the car; even my shoes and purses have bugs in them. Whenever I go somewhere even outside the bugs began to get on others and bite them; this has been terrible.

All of my credit cards used to buy food out, buy pest control,  washing powder, soap, plastic bags; all are charged up and over due; some are gone into collection; I am embarrassed everywhere I go.  My car note is passed due two months.  I spent all the money I had trying to keep the bugs off of me and out of the car. I called Americare two weeks ago to tell them again that the bugs that they exterminated on May 7, 2015 have been in my car since May 8, 2015 and now they are in my new place all over my clothes. I sent them a letter asking or money back; they said they would call me a week ago and never did I need a job and money and credit restored; my life has been miserable and I wonder when will I get help.

Eileen is William Lehnert's supervisor; evidently they are not sharing information because he keeps asking me to give him documents that I gave Jason Swoish and Eileen; I don't think that this is fair that they keep shuffling around my information to avoid paying.

I need them to pay me my back wages since March; I don't get unemployment benefits; I have been begging and borrowing money.

--- On Fri, 6/26/15, do_not_reply@geico.com <do_not_reply@geico.com> wrote:

> From: do_not_reply@geico.com <do_not_reply@geico.com>
> Subject: GEICO claim Letter
> To: sawyertann@yahoo.com
> Date: Friday, June 26, 2015, 7:52 AM
> GEICO Claim
> Correspondence
>
>
>    GEICO Claim
> Correspondence
>    Attached is
> correspondence regarding your claim
> 0403804370101030.
>
>
>
> If you would like to respond to this email, please select
> the "View Your Claim" button to access the claim
> on geico.com and send a message to your claims team or
> adjuster.
>
>
>
> If you are unable to open the attachment please go to this
> site and download the free Adobe Acrobat Reader,
http://get.adobe.com/reader/
>
>

> Thank you,
> GEICO Claims Team
>
>
> Do Not Reply To This
> Email
>
>
> Information emailed in response to this message
> will not become part of your claim file; submit your
> inquiries to contact us on geico.com.
> Government Employees
> Insurance Company | GEICO General Insurance Company | GEICO
> Indemnity Company | GEICO Casualty Company
> Mailing address: One GEICO Plaza, Washington, D.C. 20076
>

Actions      ∨   Apply

Trudy      Account Info ⌄      Sign Out      Home

Contacts      Notepad      Calendar

Actions   ⌄   Apply

**Inbox (24681)**

Drafts (75)

Sent

**Spam (564)**

Trash

**My Folders**

Sponsored

NPA G700 Flashlight
Insane Navy Seal Flashlight
Selling Out Fast!

Yahoo Se...      **Mesothelioma Lawsuit - Wha...**
Sponsored      Everything you have ever

**Trudy Sawyer/TC201505-0016
43/ GEICO claim Letter**

From:   "Trudy Sawyer" <sawyertann@yahoo.com>

To:   consumer.help@ago.mo.gov



Dear Representative, this was another letter that I received from William's
supervisor.  I sent Jason Swoish copies of hospital bills and the extermination
in email; they keep requesting the same information.  Also I am constantly
buying products to keep the bugs from multiplying. I don't have money to hire a
professional exterminated, I am not working. Geico have not given me
anything.

Please help me. They are not doing me right.  Here is a copy of their letter.
Thanks

--- On Fri, 6/19/15, do_not_reply@geico.com <do_not_reply@geico.com>
wrote:

> From: do_not_reply@geico.com <do_not_reply@geico.com>
> Subject: GEICO claim Letter
> To: sawyertann@yahoo.com
> Date: Friday, June 19, 2015, 9:55 AM
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Customer: Trudy Sawyer
>
> Claim Number:
> 040380437-0101-030
>
>
> Date of Loss: March
> 12, 2015
>
>
> Claim Center Log In >
>
>
>
>
>
>
>
>
>
>
>
>
>
>

> Dear
> Trudy Sawyer,
>
>
>
>
> This letter is to inform
> you that we have received your most recent batch of
> receipts. We thank you very much for sending them in,
> however, we will not be paying for any more over-the-counter
> extermination items such as bug spray or trash bags. We are
> still waiting for you to send us a professional
> extermination bill for the extermination of the bugs in your
> vehicle. Please send that bill, when available, to
> ABlackwell@geico.com and reference the GEICO claim
> number.
>
>
>
>
> Please call us at the
> number listed below if you have any questions.
>
>
>
>
> Sincerely,
>
>
>
>
> William Lehnert
> Ii
>
>
> 832-772-0486
>
>
>
>
> Any person who knowingly, and
> with intent to defraud any insurance company or other
> person, files a statement of claim containing any materially
> false information, or conceals, for the purpose of
> misleading, information concerning any fact material
> thereto, commits a fraudulent insurance act, which is a
> crime, and may also be subject to a civil penalty.
>
>
>
>
>
>
>
> geico.com | GEICO Claim Center | Contact Us |
> About GEICO
>
>
>
>
>
> Do
> Not Reply To This Email
>
>
> Information
> emailed in response to this message will not become part of
> your claim file; submit your inquiries to contact us on
> geico.com.
>
> GEICO General
> Insurance Company | Mailing address: One GEICO Plaza,
> Washington, D.C. 20076
>
>
>
>
>
>
>
>



Contacts    Notepad    Calendar

Trudy    Account Info ⌄    Sign Out    Home

Actions ⌄    Apply

Inbox (24681)

Drafts (75)

Sent

Spam (564)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

TurboYou...    Do Not Buy A New Compute...
Sponsored    People amazed at the real

**Trudy Sawyer/TC2015-05-001**
**643/Geico Re: Receipt**

From:  "Trudy Sawyer" <sawyertann@yahoo.com>

To:  consumer.help@ago.mo.gov

Hello, here is a copy of the extermination receipt for the car.

I really need help, my credit is messed up since I have not worked, this is
jeopardizing my insurance premiums and my ability to get employment. All of
my accounts are delinquent; I have about nine accounts that are delinquent.

--- On Fri, 6/19/15, sawyertann@yahoo.com <sawyertann@yahoo.com> wrote:

> From: sawyertann@yahoo.com <sawyertann@yahoo.com>
> Subject: Re: Receipt
> To: ablackwell@geico.com
> Date: Friday, June 19, 2015, 7:58 PM
> Trudy Sawyer. This went into Jason
> Swoish emails over a month ago.
> Sent from my Kyocera Hydro
>
> Christie Perry <cperry@americareservices.com>
> wrote:
>
>
>
>
>
>
>
>
> Batch Number: 9823
> Bill-To Account:
> 181828  (SAWYER, TRUDY)
> Payment Date: 05/12/2015
>
> Amount: 150.00
> Reference:
> CASH
> Method of Payment:
> CA
> GL Code:
> Program:
> Service Setup:
>
> Service:
>
> Invoices That This Payment
> Was Applied To
>
> Invoice # Order # Invoice
> Date Invoice Total Balance Application Date Applied Amount
> Discount   Adjust.
>
> 512814 726672 05/07/2015
> 150.00 0.00 05/12/2015 150.00 0.00
> [UnapplyUnapply]
>
> Christie C. Perry
> Accounting
> Department
> CPerry@AmeriCareServices.com
>
> Ameri Care Services,
> Inc.
> Phone#: 615-893-7111
> Ext# 115
> Toll Free#:
> 1-877-506-3029
> Fax#:
> 615-896-2688

**2000 Chrysler**
**Voyager**
**$3,994**

**2008 BMW 328 i**
**$14,987**

**2015 Infiniti Q50**
$24,955

**2015 Infiniti Q70L**
**3.7X**
**$38,995**

> www.AmeriCareServices.com
>
>
>
>
>
>
>
>
>
>
> Batch Number: 9823
> Bill-To Account: 181828  (SAWYER, TRUDY)
> Payment Date: 05/12/2015
> Amount: 150.00
> Reference: CASH
> Method of Payment: CA
> GL Code:
> Program:
> Service Setup:
> Service:
> Invoices That This Payment Was Applied To
>
> Invoice # Order # Invoice Date Invoice Total Balance
> Application Date Applied Amount
> Discount   Adjust.
> 512814 726672 05/07/2015 150.00 0.00 05/12/2015 150.00
> 0.00   [UnapplyUnapply]
>
> Christie C. Perry
> Accounting Department
> CPerry@AmeriCareServices.com
> Ameri Care Services, Inc.
> Phone#: 615-893-7111 Ext# 115
> Toll Free#: 1-877-506-3029
> Fax#: 615-896-2688
> www.AmeriCareServices.com<http://www.americareservices.com/>
>
> [cid:image001.png@01D0AAB4.39D61130]
>
>
>
>

                              Actions        ∨   Apply

Trudy    Account Info ▾    Sign Out    Home

Contacts    Notepad    Calendar

Actions  ▾  Apply

**Inbox (24679)**

Drafts (75)

Sent

**Spam (564)**

Trash

**My Folders**

Sponsored

**NPA G700 Flashlight**
Insane Navy Seal Flashlight
Selling Out Fast!

American...    Hilton HHonors™ Card
Sponsored    Earn 40,000 Hilton HHonors™

**TRUDY SAWYER/AUTO LOA
N**

From:  "Trudy Sawyer" <sawyertann@yahoo.com>

To:  saver@capitalone360.com

From Trudy Sawyer  DATE: 7-9-2015

I can not call you because my son uses my telephone all day, he is a salesman; someone took his telephone and he has been taking care of me so I had to let him use my telephone until money comes in for another one.

I paid $10,000.00 down on that car; I need and want my vehicle. I asked you representative in May, 2015 for a skip pay and they told me no. Now I will tell you the primary reason.

In March 2015, I was bit all over my neck, face and other parts of my body in my car. The bugs bit me in hair so bad it broke out and kept breaking all the way off. I have to wear a plastic bag on my head day and night to keep the bugs from getting to my hair and scalp. There are large black spots on both sides of my face from bugs biting me. Next, the bugs were hanging onto my eye lids and was biting me in the eye whenever I have to drive. They bit my legs so bad until it feels like I was cut by a lot of razors.

When I got out of the car, and took my things in the house. they got all over the house in everything of mine; shoes, clothes, blankets, purses, hats, belts, socks, furniture, radios, computers you name it. I did not know about the bugs. I

My friend called Geico for me on March 18, 2015; I told them what was happening; William Lehnert told me to go to doctor and they will pay medical and times I missed off work. Well I went to the hospital twice and the doctor twice; from there, I tried to fight them. Jeremy told me to save all receipts until I was over the $500 deductible. No one could find an exterminator to spray the car; I asked Jason Swoish he said he would look but he didn't.

When I finally found one, the bugs had multiplied so until the Apartment complex paid to have the apartment sprayed; they said I had to have the car done because they were not going to keep paying for extermination in fact they did not want me to live there anymore because of the bugs; I had to leave.

Next, I spent every dollar, savings, earnings, borrowed money to try to keep the bugs out and to maintain. I spent credit card money, apartment money auto payment money to keep those bugs from multiplying; unfortunately it didn't kill them all.

I SLEPT IN THE BATHTUB WRAPPED IN PLASTIC EVERY NIGHT TO KEEP THE BUGS FROM BITING ME; I WAS AFRAID OF BEING SMOTHERED BY THAT PLASTIC BUT IT WAS THE ONLY WAY TO KEEP THEM FROM BITING ME. THE REST OF THE HOUSE HAD CARPET SO IT WAS MORE BUGS.

I SENT THE LETTERS, EMAILS AND PICTURES TO THE ATTORNEY GENERAL WHO IS WORKING WITH ME TO GET GEICO TO PAY.

I AM ASKING YOU TO LET ME KEEP MY VEHICLE; I BELIEVED I HAVE SUFFERED ENOUGH I SHOULD BE ABLE TO CONTINUE MY LOAN. CAN YOU PLEASE PUT TWO PAYMENTS AT THE END OF THE LOAN AND ALLOW ME TO PAY JULY, 2015.

HERE IS THE TELEPHONE NUMBER TO THE ATTORNEY GENERAL'S OFFICE YOU CAN ASKR MY CASE WORKER AND FIND OUT WHEN GEICO WILL GIVE ME MONEY FOR TIME MISSED FROM WORKING.

I CANNOT GO ANYWHERE; THE BUGS BIT ME AND THE PEOPLE AROUND ME; THEY BE IN MY CLOTHES, SHOES, PURSE IN FACT MOST OF THE TIME I DONT CARRY A PURSE TO KEEP THEM FROM GETTING IN IT.

MORE, THE BUGS ARE IN THE HOUSE WHERE I AM NOW; THAT HAS TO

| 2014 Mazda Mazda2 Sport | 2013 Infiniti G37 Sport |
|---|---|
| $12,986 | $23,900 |

| 2012 Infiniti G37 Journey | 2014 Tesla Model S Base |
|---|---|
| $22,300 | $54,200 |

BE CLEANED.

GEICO TOLD ME NOT TO SEND THEM ANYMORE RECEIPTS, I AM STILL BUYING PEST CONTROL. I USED EVERY PRODUCT OVER THE COUNTER TO STOP THEM; RAID, HOT SHOT, BED BUG FOGGER, HOME DEFENSE, BENGAL, ORTHO, TAT, PEPPERMINT BED BUG (ADVERTISED ON TV) FABRI CLEAR, I USED ALL OF THESE AND MORE.

I SPENT EVERYBODY'S MONEY TO TRY TO KEEP THEM OUT; I HAD TO BUY FOOD OUT EVERYDAY BECAUSE BUGS FLYING AROUND THE HOUSE AND CAR.

I HAD TO CHANGE CLOTHES OUTSIDE TO GO IN THE HOUSE ONCE IT WAS SPRAYED WHENEVER I HAD TO USE THE CAR.

I HAD TO DROP TWO CLASSES FROM MY MASTER PROGRAM IN SCHOOL BECAUSE I WAS DEPRESSED.

FOUR MONTHS AND THE BUGS ARE STILL IN MY THINGS. THE INSURANCE COMPANY KEPT PUTTING ME OFF UNTIL I HAD TO GET EVERYONE POSSIBLE TO HELP ME. I MAY HAVE SPENT ABOUT $5,000.00 ON PLASTIC WARE, WASHING EVERYDAY, GAS, VACUUMING THE CAR, WASHING PRODUCTS, ALCOHOL, OINTMENT, SHAMPOO, SOAP, DEODORANT, TAPE, BLEACH, PEST CONTROL PRODUCTS, FOOD, AND ETC EVERYDAY FOR FOUR MONTHS.

MY SON BOUGHT MORE CLOTHES BUT BUGS ARE IN THEM.

NOW, HERE IS THE TELEPHONE NUMBER TO MY CASE WORKER; CALL ATTORNEY GENERAL AND ASK HIM WHEN WILL GEICO PAY ME FOR TIME OFF AND WHEN WILL THEY EXTERMINATE THE CAR? YOU CAN SEND THIS LETTER, I GIVE YOU PERMISSION TO TALK TO THEM.

ALSO HERE IS THE NUMBER TO GEICO: THEY GAVE ME $280.00 I JUST RECEIVED LAST WEEK FOR PEST CONTROL, WELL I SPENT SO MUCH I HAVE TONS OF RECEIPTS, PICTURES AND LETTERS ARE AT ATTORNEY GENERAL'S OFFICE.  573-751-0774 FAX; TELEPHONE NUMBER IS 573-751-3321; MY CASE NUMBER IS TC2015-05-001643.  MY GEICO CLAIM NUMBER IS 0403804370130  YOU CAN ASK FOR WILLIAM LEHNERT, JASON SWOISH OR EILEEN.

I WILL SEE IF I CAN USE SOMEONE' TELEPHONE TO CALL YOU TOMORROW ON FRIDAY, JULY 10, 2015.  THANK YOU VERY MUCH; YOU CAN GIVE ATTORNEY GENERAL THIS LETTER, I SENT HIM NOTIFICATION OF THE DEBT I HAVE ACCUMULATED, THE PAST DUE BILLS BUT NOT THIS ONE.

TRUDY SAWYER 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/ 314-333-9196
--------------------------------------------
On Fri, 6/26/15, Capital One 360 <saver@capitalone360.com> wrote:

Subject: Your Auto Loan Statement is Now Available
To: "Trudy" <sawyertann@yahoo.com>
Date: Friday, June 26, 2015, 8:34 AM

Actions        ∨  Apply

Trudy    Account Info ∨    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ∨    Apply

LendingTr...    **Texas Refinance Rates Take...**
Sponsored    Rates now at 2.97% APR in

Inbox (24679)

Drafts (75)

Sent

Spam (564)

Trash

My Folders

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

**Trudy SAwyer 410196892**

From: "Trudy Sawyer" <sawyertann@yahoo.com>

To: saver@capitalone360.com

HELLO THIS IS TRUDY SAWYER;

I REALLY NEED UNTIL JULY 25, 2015 TO GET AT LEAST $400.00 TO KEEP
MY CAR OUT OF REPOSSESSION. I TALKED WITH AMANDA ON FRIDAY,
AND SHE SAID GET THE MONEY BY MONDAY FOR 280.00 I DONT HAVE
A TELEPHONE AND I DONT HAVE FRIENDS HERE. MY FRIENDS WHO
WOULD GIVE ME MONEY IN ST LOUIS COULD NOT REACH ME. I NEED
TIME TO REACH THEM EVEN IF IT BY MAIL.

PLEASE CALL THE ATTORNEY GENERAL'S OFFICE AND LET HIM KNOW
THAT I AM IN THIS POSITION SO THAT HE CAN ENCOURAGE GEICO
INSURANCE TO PAY ME FOR MY BACK WAGES OF 4 MONTHS. I WILL
SEE IF I CAN GET SOMEBODY TO LET ME USE THE TELEPHONE ON
WEDNESDAY, JULY 15, 2015.

THANK YOU.

| 2010 Audi Q5 3.2 Premium quattro | 2015 Infiniti Q70L 3.7X |
|---|---|
| $17,988 | $16,993 |

| 2014 Infiniti Q50 Premium | 2005 Dodge Ram 1500 ST |
|---|---|
| $23,877 | $11,995 |

Actions    ∨    Apply

Trudy      Account Info ∨      Sign Out    Home

Contacts    Notepad    Calendar

Actions    ∨    Apply

**Inbox (24679)**

Drafts (75)

Sent

**Spam (564)**

Trash

**My Folders**

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

freecredit...    **You Can See Your Credit Re...**
Sponsored    Curious what's on your Credit

**Trudy Sawyer/ TC2015-05001
643**

From:  "Trudy Sawyer" <sawyertann@yahoo.com>

To:  consumer_help@ago.mo.gov

2 Files    139KB

| 2014 BMW 228 i | 2004 Ford Focus ZX5 |
| --- | --- |
| $19,988 | $4,444 |

| 2014 Infiniti Q50 Premium | 2010 Audi Q5 3.2 Premium quattro |
| --- | --- |
| $22,688 | $17,988 |

DEAR Representative, attached are letters sent from my Finance Company, Capital One regarding the three payments I missed paying my Mazda 2, 2014. I paid $10,000.00 down on it and they loaned me $7,000.00.

I have been off from work since the bugs got in my car March 14, 2015. The bugs are in all of my clothes, my car, my hair, shoes, purses and I have not been able to keep them out. I don't have money to pay for professional extermination; I had paid a professional in Tennessee to exterminate the car but the next day bugs were biting me and the bugs got into the new house.

Geico has been promising to pay me but they only gave me $280 after I spent about $3000.00 between the two houses and the car to try to keep the bugs out. Everywhere I go bugs start biting me and the people around me. It is embarrassing; when I go to look for a job, bugs be biting me and I smell look bug spray.

Please call CApital One for me, I need my vehicle and I paid too much down on this. 800-946-0332. Capital One. social security number 410196892.

I have no one to help me; this has been a long suffering battle.

I asked them to move two payments to the end of the loan and allow me to pay July, I asked them to give me time in July to get it because I have no phone right now; I have to reach my friends when they are not working. I need until July 25, 2015 to get at least $280.00. Thank you. Please email me back. Thank you, Trudy Sawyer,

--- On Fri, 7/10/15, Capital One Auto Finance <Customerservice_no_reply@capitalone.com> wrote:

> From: Capital One Auto Finance
> <Customerservice_no_reply@capitalone.com>
> Subject: Here is your document from Capital One Auto Finance
> To: SAWYERTANN@YAHOO.COM
> Date: Friday, July 10, 2015, 4:09 PM
>
>
>
>    Dear TRUDY SAWYER,
>    We have provided a password-protected copy of your
> account document in this email for
>    you. In order to keep your information safe and
> secure, you will need to enter the
>    last four digits of your Social Security Number
> to access
>    this document. You will also need Adobe
> Reader® to open this PDF.
>    Thank you for being a Capital One Auto
> Finance® customer – we appreciate your
> business!
>    Sincerely,
>    Capital One Auto Finance
>
>
>
>

Trudy    Account Info ⌄    Sign Out    Home

Contacts    Notepad    Calendar

Actions ⌄   Apply

**Inbox (24683)**

Drafts (75)

Sent

**Spam (567)**

Trash

**My Folders**

**Sponsored**

Boutique Authentique
Shine with a Unique Powerful
Exotic Diamond Ring

freecredit...    **You Can See Your Credit Re...**
Sponsored    Curious what's on your Credit

**Re: GEICO claim Letter**

From: "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To: do_not_reply@geico.com

Mr Leonard your supervisor has the cleAning bills they are over six hundred. I will fax in remaining medical bills. I will forward emails to you. I need you to pay for the car. I been off from work since march 14

Sent from my Boost Mobile Phone.

do_not_reply@geico.com wrote:

Claim N

Dear Trudy Sawyer,

This is a courtesy letter in regards to the voicemail I left on your answering machine on April 7th, 2015. As stated in the voicemail, if you want to get your vehicle cleaned out then you would need to hire a bug exterminator to clean out your car. You could then send us the receipt and if the price exceeds your Comp deductible then GEICO would be able to pay for the difference.

As far as medical payments, you would also need to send in any bills you have in regards to injuries from the bug infestation if you wish to go through your medical payments coverage. As far as the items in your vehicle, those would not be reimbursable through your comprehensive or medical payment coverage.

If you have any questions, comments or concerns, please contact me at the number listed below.

Sincerely,

**William Lehnert Ii**
832-772-0486

Any person who knowingly, and with intent to defraud any insurance company or other person, files a statement of claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to a civil penalty.

Do Not Reply To This Email
Information emailed in response to this message will not become part of your claim file; submit your inquiries to cor
GEICO General Insurance Company | Mailing address: One GEICO Plaza, Washington, D.C. 20076

Actions ⌄   Apply

Trudy    Account Info ∨    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ∨    Apply

| | | |
|---|---|---|
| **American...** | **Hilton HHonors™ Card** | |
| Sponsored | Earn 40,000 Hilton HHonors™ | |

**Inbox (24683)**
Drafts (75)
Sent
**Spam (568)**
Trash

**My Folders**

Sponsored

**The Financial Word**
10 Worst Mistakes People
Make After Retirement

**TRUDY SAWYER**

From:   "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To:   jswoish@geico.com    jswoish@geico.com

This where the bugs bit me on my face. See the dark spot. Call me.
Sent from my Boost Mobile Phone.

Actions    ∨    Apply

Trudy    Account Info ⌄    Sign Out    Home

Contacts    Notepad    Calendar

Actions    ⌄    Apply



| Inbox (24653) | **ASPCA**<br>Sponsored | **60¢ a Day Can Save Lives**<br>Make a tax-deductible gift to |
| Drafts (75) | | |
| Sent | | |

**Trudy Sawyer**

From:  "sawyertann@yahoo.com" <sawyertann@yahoo.com>

To:  jswoish@geico.com

I was bit on both sides of my face. I will be going to clinic this Monday. I have not been able to reach you. I am sending you other emails of pictures.
Sent from my Boost Mobile Phone.

Sponsored

NPA G700 Flashlight
Americans Buying This
Flashlight By The Thousands

Learn more

Actions    ⌄    Apply

To:                 Geico Insurance

Mr. Leonard


From:      Trudy Sawyer

Re:        Claim from Car:    0403804370101030

Fax:       214-4425164


Dear Mr. Leonard;

Please give me another adjuster.    Also, Jeremy said I had a five hundred dollar deductible for the caring of my car and possessions; he told me to contact your company once I go beyond five hundred.


Since March 14, 2015; I have washed every day because there were bugs in my clothes for being in the car.


March 14th            20.00 Washing/3.00 soap powder/$10.00 gas=$33.00

March 15th            15.00 washing/2.00 soap powder/$10.00 gas= $27.00

March 16th            10.00 washing/2.00 soap powder/$10.00 gas=$22.00

March 17th-March 20th     Same figures=$66.00

March 21st                     15.00 washing/3.00 soap powder/$10.00
gas=$28.00

March 22-23rd             Same figures $54.00

Plastic bags                  Plastic Bags, Shampoo/conditioner/Alcohol/

                                      Healing Ointment $76.00

Hotel on Friday, March 21st. 101.00

Pest Spray x 2, Bug Sprayx 2, Bed bug foggers 12 cans/Ortho Spray x
2=$16, $15, $40, $15.00.=$86.00


March 24th-March 26th washing $11, $15, $12=$38.00

Plastic bags, soap powder, gas=$21.00

March 27, 28-29, 2015:    Washing $24.00, bags, soap, laundry supplies,
$10.00:    Bug spray $53.00 plus gas $30.00=$94.00

March 30, 2015:    washing: $15.00, fabric softner, 1.00, gas,
$10.00=$26.00

_____

Total spent $696.00    I really need my car detailed after all of the pest
spray where can I take it?

Also, I went to the emergency room because the bugs had bit around
the back of my neck leaving scars and my voice was hoarse; my hair
broke off because of washing it 3 to 5 times a day; the bugs had gotten
in my hair.    I tried to go to the clinic but the city clinics gave me the
runarounds.

I will be done cleaning because I am moving everything out of house and I am cleaning the car, Tuesday, March 31, 2015.

Please reimburse me for money spent; I have been off of work taking care of this problem.    I got a storage for $110.00 to move everything into it so that I can clean the car and house together.

My address is 2426 East Main Street, K-12, Murfreesboro, TN 37127. 314-333-9196. Thank you.

Trudy Sawyer

3-31-15

*Trudy Sawyer*

Government Employees Insurance Company
GEICO General Insurance Company
GEICO Indemnity Company
GEICO Casualty Company
GEICO Insurance Agency, Inc.

# GEICO
## PRIVACY NOTICE

### GEICO Respects Your Privacy

Protecting your privacy is very important to us. Policyholders like you have trusted us with their insurance needs since 1936, and we take our obligation to safeguard and secure your personal information very seriously. We want you to understand how we protect your privacy and when we collect and use your information.

### The Information We Collect

Non-public personally identifiable information ("Information") is information that identifies you and is not available to the general public. The following sections tell you more about how and when we collect your information.

### Information We Obtain From You

During the quoting, application, or claims handling processes you may give us Information such as your:

- name
- address
- phone number
- email address
- Social Security number
- driver's license number
- date of birth

If you gave us your email address, GEICO may use it from time to time to notify you of such things as new services, special offers, or to confirm transactions. You can log in to your account at geico.com, click on "Update Email Preferences" on the right side of the screen and choose the level of communication you'd like to receive from us. If you have not yet enrolled online, you will need to enroll with geico.com to update your email preferences.

### Information About Your Transactions

We may collect information about your transactions and experiences with us and others, such as your payment history, claims, coverage, and vehicles changes.

### Information From Third Parties

We may receive information about you from consumer reporting agencies, which provide us with motor vehicle reports, claim reports, and/or credit information where permitted by law. When you ask for a rate quotation, we may obtain credit information if permitted by applicable state law.

Our sales and service representatives do not have access to the details of your credit information. Other companies who view your credit report will not see the GEICO inquiry. It will be visible only to you. Our inquiry will not affect your credit score or credit rating. If you commit to purchase a policy with GEICO, we will also confirm your motor vehicle record and claims history.

As permitted by law, we may also review your motor vehicle record and credit information in connection with any renewal.

### The Information We Disclose

Information about our customers or former customers will only be disclosed as permitted or required by law. Information about you that has been collected is maintained in your policy and/or claims records.

We use this information to process and service your policy; to settle claims; with your consent; or as directed by you. We may also disclose it to persons or organizations as necessary to perform transactions you request or authorize. Information about our former customers and about individuals who have obtained quotes from us is safeguarded to the same extent as information about our current policyholders.

Following are some examples of how we may disclose Information:

We must exchange Information about you with our agents, investigators, appraisers, attorneys, and other persons who are or will become involved in processing your application and servicing your policy or any claims you may make.

When you are involved in a claim, policy information is provided to adjusters and the businesses that will repair your vehicle.

We may share information with persons or organizations that we have determined need the Information to perform a business, professional, or insurance function for us. These include businesses that help us with administrative functions. If the law in your state permits, we may share Information with financial institutions with which we have a joint-marketing agreement. All of these entities are obligated to keep the Information that we provide to them confidential and to use the Information only for the purpose for which the Information was provided.



JS 44 Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# GEICO

# Automobile Policy Amendment
# Missouri

Policy Number: 4207-33-67-87

*Your* policy is amended as follows:

## SECTION V - GENERAL CONDITIONS
These Conditions Apply To All Coverages In This Policy

Condition **10** RENEWAL, part **(a)** under the first paragraph is revised as follows:

(a) **You** (or **your** spouse) are at least 50 years old and **you** (or **your** spouse) are a principal operator of an auto insured under this policy. There are no principal or occasional operators under the age of 25.

We affirm this amendment.

W. C. E. Robinson
Secretary

O. M. Nicely
President





GEICO GENERAL INSURANCE COMPANY

# Automobile Policy Amendment

Policy Number: 4207-33-67-87

*Your* policy is amended as follows:

## SECTION V - GENERAL CONDITIONS

The condition for POLICY PERIOD is revised as follows:

Unless otherwise cancelled, this policy will expire as shown in the declarations. But, it may be continued by our offer to renew and *your* acceptance by payment of the required renewal premium prior to the expiration date. Each period will begin and expire as stated in the declarations.

We affirm this amendment.

W. C. E. Robinson
Secretary

William E. Roberts
President

A54ED1 (03-14)

# GEICO.

GEICO GENERAL INSURANCE COMPANY
Telephone: 1-800-841-3000
Website: geico.com

## Notice of Policy Change

Your Automobile Policy has been revised. These changes can be found in the enclosed policy documents. Please keep in mind you only have the coverages which are listed on your declarations page for which a premium or $0.00 is shown. The information below summarizes the changes in your policy.

The definitions of **Personal vehicle sharing program**, **Ride-sharing** and **Transportation network company** have been added to **SECTION I – LIABILITY COVERAGES**.

**Personal vehicle sharing program** means a business, organization, network or group facilitating the sharing of private passenger motor vehicles for use by individuals or businesses.

**Ride-sharing** means the use of any vehicle by any **insured** in connection with a **transportation network company** from the time an **insured** logs on to or signs in to any computer or digital application or platform that connects or matches driver(s) with passenger(s) until the time an **insured** logs out of or signs off of any such application or platform, including while en route to pick up passenger(s) and while transporting passenger(s).

**Transportation network company** means a company or organization facilitating and/or providing transportation services using a computer or digital application or platform to connect or match passengers with drivers for compensation or a fee.

**Personal vehicle sharing program** and **Ride-sharing** activities are excluded under **SECTION I – LIABILITY COVERAGES, SECTION II – AUTO MEDICAL PAYMENTS COVERAGE, SECTION III - PHYSICAL DAMAGE COVERAGES,** and **SECTION IV - UNINSURED MOTORISTS COVERAGE**.

Please read your Automobile Policy and related Amendments for the specific terms and conditions regarding the changes to your policy.



Thank you for renewing with us. We look forward to serving you for many years to come.

# GEICO.

**GEICO GENERAL INSURANCE COMPANY**

Policy Number: 4207-33-67-87

# Automobile Policy Amendment
**Missouri**

*Your* policy is amended as follows:

## SECTION I-LIABILITY COVERAGES

### DEFINITIONS

The following definitions are revised:

**3.** *Farm auto* means a truck type vehicle with a gross vehicle weight of 15,000 pounds or less, not used for commercial purposes other than farming.

**11.** *Utility auto* means a vehicle, other than a *farm auto*, with a gross vehicle weight of 15,000 pounds or less and is of a pick-up body, van, or panel truck type not used for commercial purposes.

The following definitions are added:

**12.** *Personal vehicle sharing program* means a business, organization, network or group facilitating the sharing of private passenger motor vehicles for use by individuals or businesses.

**13.** *Ride-sharing* means the use of any vehicle by any *insured* in connection with a *transportation network company* from the time an *insured* logs on to or signs in to any computer or digital application or platform that connects or matches driver(s) with passenger(s) until the time an *insured* logs out of or signs off of any such application or platform, including while en route to pick up passenger(s) and while transporting passenger(s).

**14.** *Transportation network company* means a company or organization facilitating and/or providing transportation services using a computer or digital application or platform to connect or match passengers with drivers for compensation or a fee.

### ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE LIABILITY COVERAGES

Item **3.** is revised as follows:

**3.** Interest calculated on that part of a judgment that is within our limit of liability and accruing:

   (a) Before the judgment, where owed by law, and until we pay, offer to pay, or deposit in court the amount due under this coverage;

   (b) After the judgment, and until we pay, offer to pay, or deposit in court, the amount due under this coverage.

After item **5.** the items **1.**, **2.**, and **3.** are renumbered as follows:

   (a) Costs incurred by any *insured* for first aid to others at the time of an accident involving an *owned auto* or *non-owned auto* .

   (b) Loss of earnings up to $50 a day, but not other income, if we request an *insured* to attend hearings and trials.

   (c) All reasonable costs incurred by an *insured* at our request.

### EXCLUSIONS

#### When Section I Does Not Apply

The paragraph is added:

   Section I does not apply to any claim or suit for damage if one or more of the exclusions listed below applies:

Item 2. is revised as follows:

**2.** There is no coverage in excess of the minimum financial responsibility limits required by Missouri law for *bodily injury* or property damage arising out of the ownership, maintenance, or use of an *owned auto* or *non-owned auto*:

   (a) used to carry persons or property for compensation or a fee, including but not limited to delivery of food or any other products.; or

   (b) while being used for *ride-sharing*.

   However, a vehicle used in an ordinary car pool is covered.

Item 17. is revised as follows:

**17.** We do not cover *bodily injury* or property damage caused by an auto driven in or preparing for any racing, speed, or demolition contest or stunting activity of any nature, whether or not prearranged or organized.

The following exclusion is added:

**19.** There is no coverage under this Section in excess of the minimum financial responsibility limits required by Missouri law for any person or organization while any motor vehicle is operated, maintained or used as part of personal vehicle sharing facilitated by a *personal vehicle sharing program*.

## SECTION II-AUTO MEDICAL PAYMENTS

### EXCLUSIONS

Item 1. is revised as follows:

**1.** There is no coverage for *bodily injury* sustained by any occupant of an *owned auto*:

   (a) used to carry persons or property for compensation or a fee, including but not limited to delivery of food or any other products; or

   (b) while being used for *ride-sharing*.

   However, a vehicle used in an ordinary car pool is covered.





Trudy    Account Info ⌄    Sign Out   Home

Contacts    Notepad    Calendar

Actions   ⌄   Apply

**Inbox (24681)**

Drafts (75)

Sent

**Spam (567)**

Trash

**My Folders**

Sponsored

**NPA G700 Flashlight**
Insane Navy Seal Flashlight
Selling Out Fast!

Citi      **Earn Cash Back. Repeat.**
Sponsored     Earn cash back twice with Citi

**Fw: 0403804370101030 Trudy
sawyer**

**From:** "Trudy Sawyer" <sawyertann@yahoo.com>

**To:** Cristin.Badolato@insurance.mo.gov

--- On Thu, 4/2/15, sawyertann@yahoo.com <sawyertann@yahoo.com> wrote:

> From: sawyertann@yahoo.com <sawyertann@yahoo.com>
> Subject: 0403804370101030 Trudy sawyer
> To: jswoish@geico.com
> Date: Thursday, April 2, 2015, 1:33 PM
>
> Please call me. I have done everything regarding this claim.
> 3143339196
> Sent from my Boost Mobile Phone.

Actions   ⌄   Apply

Trudy    Account Info ⌄    Sign Out    Home

Contacts    Notepad    Calendar

Actions   ⌄   Apply

**Inbox (24683)**

Drafts (75)

Sent

**Spam (567)**

Trash

**My Folders**

Sponsored

**Boutique Authentique**
Shine with a Unique Powerful
Exotic Diamond Ring

**BENGAY®**    **Long internet breaks won't h...**
Sponsored    We can't stop your

**Trudy Sawyer/Claim Number
0403804370101030**

From: "Trudy Sawyer" <sawyertann@yahoo.com>

To: jswoish@geico.com

4 Files   5 MB

Attached is a copy of medical bills owed to St Thomas and a $30.00 for Hope
Clinic I paid out of pocket. Please send this to Mr. Lehnert, I don't have his
email address. In addition, more bills that were accumulated from the
extermination of car.

2014 Infiniti Q50
Premium

$22,688

1991 Chevrolet
Caprice Classic

$2,995

2014 Mercedes-
Benz G-Class G63

2014 Infiniti Q70 3.7

$27,000

Actions   ⌄   Apply





To:

4-7-15

St. Thomas Hospital
St. Louis, Mo

Emergency

$30.00
Hospital

