**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRUDY SAWYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3737 |
| | § | |
| GEICO GENERAL INS. CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION, GRANTING THE
DEFENDANT'S SECOND MOTION FOR SANCTIONS, AND ENTERING FINAL
JUDGMENT**

This court has reviewed the Memorandum and Recommendation on the Defendant's Second

Motion for Sanctions, which Judge Milloy signed on May 18, 2017. The plaintiff, Trudy Sawyer,

has filed no objections. The court has made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.;

28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the

pleadings, the record, and the applicable law, the court adopts the Memorandum and

Recommendation as this court's Memorandum and Order. The court finds and concludes that the

decision granting the second motion for sanctions is amply supported by the record and the

applicable law. The second motion for sanctions, Docket Entry No. 33), is granted, and this civil

action is dismissed, with prejudice. This is a final judgment dismissing all Ms. Sawyer's claims

SIGNED on June 5, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge